**CGFI2** (8/1/11)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 14−19596−LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Elipidio O Gonzalez
aka Elpidio Orlando Gonzalez, aka Elpidio Gonzalez
494 E 24 St
Hialeah, FL 33013
SSN: xxx−xx−0230

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **April 28, 2014**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Statement of Monthly Income and Means Test Calculation** (Official Bankruptcy Form 22A) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 5/12/14**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007−1(F). Payment advices are deficient as indicated: **NONE FILED.**
**Deadline to correct deficiency: 5/12/14**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF−11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:** 4/29/14

**CLERK OF COURT**
By: Katrinka Covington , Deputy Clerk

*Copies to:* Debtor
Attorney for Debtor