UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:   Elipidio O Gonzalez                                                CASE NO 14-19596-LML

                                                                            CHAPTER   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                          $1,500.00
   Prior to the filing of this statement I have received:                $1,500.00
   Balance Due:                                                          $0.00

   *PLUS $306.00 Filing Fees.*

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Unless the attorney and the debtor(s) have otherwise agreed, the following services incur additional fees: Depositions starting at $500.00; Motions in Chapter 13 cases are $525.00; Motions in Chapter 7 cases starting at $525.00; Appeals in District Court starting at $5,000.00; Adversary Proceedings in Chapter 7 cases starting at $1,500.00; Adversary Proceedings in Chapter 13 cases starting at $2,000.00; Negotiations with Creditors (negotiable); Re-Affirmation Agreements are $80.00 and File Retreivals are $65.00 regular and $75.00 rush.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                    _____        Bar No. 801992
Date                                        Patrick L. Cordero, Esq.
                                            Law Offices of Patrick L. Cordero, P.A.
                                            198 NW 37th Avenue
                                            Miami, FL 33125
                                            Phone: (305) 445-4855 / Fax: (305) 445-9483

_____
Elipidio O Gonzalez