UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

In Re:  CASE NO: 14 - 19596 LMI

Elpidio O. Gonzalez   CHAPTER (✓) 7 or ( ) 13

Debtor(s).

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__✓__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. *Debtor's employer does not give out paystubs, employer provides letter stating gross income and deductions*

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
___receives disability payments
___is unemployed and does not receive unemployment compensation
___receives Social Security payments
___receives a pension
___does not work outside the home
___is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.

_____

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
   ____receives disability payments
   ____is unemployed and does not receive unemployment compensation
   ____receives Social Security payments
   ____receives a pension
   ____does not work outside the home
   ____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

_____    Date: 5/12
Signature of Attorney or Debtor

_____    Date:
Signature of Attorney or Joint Debtor

**CERTIFICATE PURSUANT TO**

**LOCAL RULE 9011-4(B)**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

# LOUVERLIGHT
# WINDOW PRODUCTS, INC.

P O BOX 1398 MIAMI, FLORIDA 33144   PHONE (305)888-8554 FAX (305)888-6019

APRIL 19, 2014

TO WHOM IT MAY CONCERN

THIS LETTER IS IN REFERENCE TO MR. ESPIDIO O GONZALEZ. HE HAS WORKED FOR OUR COMPANY APPROXIMATELY ( 5 ) YEAR. HE IS RELIABLE AND A VERY GOOD WORKER.

MR. GONZALEZ WEEKLY PAY AT THIS TIME IS $ 490.00 GROSS, APPROX. 12.25 HR. MAKING A TOTAL GROSS OF $ 25,480.00 PER YEAR.

WEEKLY DEDUCTIONS AND NET PAY SCHEDULE.   $ 490.00 GROSS
- 37.48  SS
- 51.00 WITHHOLDING

$ 401.52 NET PAY

IF THERE ARE ANY QUESTIONS OR COMMENTS, PLEASE CONTACT OUR OFFICE.

YOURS TRULY

MARIO R. PENATE
PRESIDENT