Certificate Number: 05781-FLS-DE-023376968

Bankruptcy Case Number: 14-19596



05781-FLS-DE-023376968

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 10, 2014</u>, at <u>9:10</u> o'clock <u>PM PDT</u>, <u>Elpidio O Gonzalez</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:   <u>May 10, 2014</u>

By:     <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:  <u>President</u>