```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                      Case No. 14-19596-LMI
Elipidio O Gonzalez                                         Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: admin                  Page 1 of 1                  Date Rcvd: Jun 03, 2014
                               Form ID: CGFD65              Total Noticed: 23
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2014.
db         +Elipidio O Gonzalez,    494 E 24 St,    Hialeah, FL 33013-3932
smg         Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
92224878   +Barclays Bank Delaware,    Attn: Bkcy,    POB 8801,    Wilmington, DE 19899-8801
92224879   +Caf/Carmax Auto Finance,    Attn: Bkcy,    POB 440609,    Kennesaw, GA 30160-9511
92224880   +Capital 1 Bank,    Attn: Bkcy Dept.,    POB 30285,    Salt Lake City, UT 84130-0285
92224882   +Capital One Bank (USA), NA,    c/o Rubin & Debski, PA,    Pob 47718,    Jacksonville, FL 32247-7718
92224883   +Chase,   POB 15298,    Wilmington, DE 19850-5298
92224884    Chase,   Pob 78420,    Phoenix AZ 85062-8420
92224885   +Chase - Cc,   POB 15298,    Wilmington, DE 19850-5298
92224886   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
92224888   +Honorable Eric Holder,    Attorney General of the United States,    Dept of Justice #4400,
             950 Pennsylvania Ave NW,    Washington, DC 20530-0009
92224889   +Honorable Jeffrey H. Sloman,    United States Attorney,    99 NE 4 St,    Miami, Fl 33132-2145
92224893   +Pinnacle Credit Service,    Attn: Bkcy,    POB 640,    Hopkins, MN 55343-0640
92224894    Pinnacle Credit Services,    POB 640,    Hopkins, MN 55343-0640
92224895   #+Rshk/cbsd,   Attn.: Citi Centralized Bkcy,    POB 20363,    Kansas City, MO 64195-0363
92224896   +Special Assistant United States Attorney,    c/o Internal Revenue Serv. Area Counsel,
             Claude Pepper Federal Bldg.,    51 SW 1 Ave # 1114,    Miami, Fl 33130-1623
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
92224881   +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jun 04 2014 00:57:19
             Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
92224887   +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2014 01:01:53      GE Money Bank,   Attn: Bky Dept,
             POB 103104,    Roswell, GA 30076-9104
92224890    E-mail/Text: cio.bncmail@irs.gov Jun 04 2014 00:55:44     Internal Revenue Serv,
             Compliance Serv Insolvency,    STOP 5730,    7850 SW 6 Ct,    Plantation, Fl 33324
92224891    E-mail/Text: cio.bncmail@irs.gov Jun 04 2014 00:55:44     Internal Revenue Service,   POB 7346,
             Philadelphia, PA 19101-7346
92224892   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 04 2014 00:56:14      Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
92224897   +E-mail/Text: cio.bncmail@irs.gov Jun 04 2014 00:55:44     Special Asst US Attorney,
             c/o IRS Area Counsel,    1000 S Pine Island Rd #300,    Plantation, Fl 33324-3910
92224898   +E-mail/Text: bknotices@totalcardinc.com Jun 04 2014 00:56:23      Total Card, Inc,
             5109 S. Broadband Ln,    Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2014 at the address(es) listed below:
              Marcia T Dunn    MDunn@dunnbankruptcy.com, mdunn@ecf.epiqsystems.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patrick L Cordero, Esq    on behalf of Debtor Elipidio O Gonzalez PCBankruptcyMail@pcorderolaw.com
                                                                                              TOTAL: 3
```

**CGFD65** (12/1/09)



**ORDERED in the Southern District of Florida on June 3, 2014**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 14−19596−LMI**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Elipidio O Gonzalez
aka Elpidio Orlando Gonzalez, aka Elpidio Gonzalez
494 E 24 St
Hialeah, FL 33013

SSN: xxx−xx−0230

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

    Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.