```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                      Case No. 14-19596-LMI
Elipidio O Gonzalez                                         Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: admin              Page 1 of 2                Date Rcvd: Aug 01, 2014
                              Form ID: CGFD39          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
db           +Elipidio O Gonzalez,    494 E 24 St,    Hialeah, FL 33013-3932
92224879     +Caf/Carmax Auto Finance,    Attn: Bkcy,    POB 440609,    Kennesaw, GA 30160-9511
92224882     +Capital One Bank (USA), NA,    c/o Rubin & Debski, PA,    Pob 47718,    Jacksonville, FL 32247-7718
92224884     +Chase,    Pob 78420,   Phoenix AZ 85062-8420
92224888     +Honorable Eric Holder,    Attorney General of the United States,    Dept of Justice #4400,
               950 Pennsylvania Ave NW,    Washington, DC 20530-0009
92224889     +Honorable Jeffrey H. Sloman,    United States Attorney,    99 NE 4 St,    Miami, Fl 33132-2145
92224893     +Pinnacle Credit Service,    Attn: Bkcy,    POB 640,   Hopkins, MN 55343-0640
92224894      Pinnacle Credit Services,    POB 640,   Hopkins, MN 55343-0640
92224896     +Special Assistant United States Attorney,    c/o Internal Revenue Serv. Area Counsel,
               Claude Pepper Federal Bldg.,    51 SW 1 Ave # 1114,    Miami, Fl 33130-1623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QMTDUNN.COM Aug 02 2014 00:28:00      Marcia T Dunn,    555 NE 15 St, Ste 934-A,
               Miami, FL 33132-1455
smg           EDI: FLDEPREV.COM Aug 02 2014 00:28:00      Florida Department of Revenue,    POB 6668,
               Tallahassee, FL 32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 02 2014 00:42:40      Office of the US Trustee,
               51 S.W. 1st Ave.,    Suite 1204,   Miami, FL 33130-1614
92224878     +EDI: TSYS2.COM Aug 02 2014 00:28:00      Barclays Bank Delaware,    Attn: Bkcy,    POB 8801,
               Wilmington, DE 19899-8801
92224880     +EDI: CAPITALONE.COM Aug 02 2014 00:28:00      Capital 1 Bank,    Attn: Bkcy Dept.,    POB 30285,
               Salt Lake City, UT 84130-0285
92224881     +E-mail/Text: coafinternalbkteam@capitaloneauto.com Aug 02 2014 00:44:10
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
92224883     +EDI: CHASE.COM Aug 02 2014 00:28:00      Chase,    POB 15298,    Wilmington, DE 19850-5298
92224885     +EDI: CHASE.COM Aug 02 2014 00:28:00      Chase - Cc,    POB 15298,    Wilmington, DE 19850-5298
92224886     +EDI: TSYS2.COM Aug 02 2014 00:28:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
92224887     +EDI: RMSC.COM Aug 02 2014 00:28:00      GE Money Bank,    Attn: Bky Dept,    POB 103104,
               Roswell, GA 30076-9104
92224890      EDI: IRS.COM Aug 02 2014 00:28:00      Internal Revenue Serv,    Compliance Serv Insolvency,
               STOP 5730,    7850 SW 6 Ct,    Plantation, Fl 33324
92224891      EDI: IRS.COM Aug 02 2014 00:28:00      Internal Revenue Service,    POB 7346,
               Philadelphia, PA 19101-7346
92224892     +EDI: MID8.COM Aug 02 2014 00:28:00      Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
92224897     +EDI: IRS.COM Aug 02 2014 00:28:00      Special Asst US Attorney,    c/o IRS Area Counsel,
               1000 S Pine Island Rd #300,    Plantation, Fl 33324-3910
92224898     +EDI: TCISOLUTIONS.COM Aug 02 2014 00:28:00      Total Card, Inc,    5109 S. Broadband Ln,
               Sioux Falls, SD 57108-2208
92224898     +E-mail/Text: bknotices@totalcardinc.com Aug 02 2014 00:42:59      Total Card, Inc,
               5109 S. Broadband Ln,    Sioux Falls, SD 57108-2208
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92224895     ##+Rshk/cbsd,   Attn.: Citi Centralized  Bkcy,   POB 20363,   Kansas City, MO 64195-0363
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                                        Signature:  /s/Joseph Speetjens

```
District/off: 113C-1          User: admin              Page 2 of 2              Date Rcvd: Aug 01, 2014
                              Form ID: CGFD39          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2014 at the address(es) listed below:
              Marcia T Dunn     MDunn@dunnbankruptcy.com,  mdunn@ecf.epiqsystems.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patrick L Cordero, Esq    on behalf of Debtor Elipidio O Gonzalez PCBankruptcyMail@pcorderolaw.com
                                                                                             TOTAL: 3
```

Form CGFD39  (9/19/08)



ORDERED in the Southern District of Florida on August 1, 2014



**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 14−19596−LMI

Chapter: 7

In re: *

Elipidio O Gonzalez
 aka Elpidio Orlando Gonzalez, aka Elpidio Gonzalez
494 E 24 St
Hialeah, FL 33013

Last four digits of SSN/ITIN or Complete EIN: xxx−xx−0230

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Copies to:  All Parties of record

* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers (ITIN) or complete employer tax−identification numbers (EIN).

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

### ###

*Page 2 of 2*