CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on September 2, 2014

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 14–19596–LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Elipidio O Gonzalez
aka Elpidio Orlando Gonzalez, aka Elpidio Gonzalez
494 E 24 St
Hialeah, FL 33013

SSN: xxx–xx–0230

# FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.